IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROSARIO NATER GONZALEZ; SARAH OTERO NATER<br><br>     Plaintiffs<br><br>     vs.<br><br>COSTCO WHOLESALE CORPORATION<br><br>     Defendant | CIVIL NO. 18-CV-1762 (WGY) |

**JOINT MOTION REQUESTING REFERRAL TO A
MAGISTRATE JUDGE FOR MEDIATION**

TO THE HONORABLE COURT:

Comes now codefendant, **Costco Wholesale Corporation**, through its undersigned attorney and most respectfully alleges, states, and prays:

This case has a jury trial scheduled for October 31 to November 4, of 2022.

Discovery has been completed, a Proposed Pretrial Order has been filed and approved, and all pending issues prior to Trial are now completed.

Counsel for the parties have discussed the possibility of settlement but have reached an impasse. Counsel have discussed this situation and agree that a Mediation or Settlement Conference with a Magistrate Judge could be very useful towards settlement.

To that end, the dates of July 11, 13, and 15, 2022, August 31, 2022, and September 1st , 2022 are offered as available.

**WHEREFORE,** it is respectfully requested that this Honorable Court referral this case to a Magistrate Judge for the holding for Mediation/Settlement Conference.

**RESPECTFULLY SUBMITTED.**

-2-

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

At San Juan, Puerto Rico, this 14th day of June, 2022.

*s/LUIS MARTINEZ-LLORENS*
LUIS MARTINEZ LLORENS
U.S.D.C.-PR NO. 211509
**LAW OFFICES, P.S.C.**
ATTORNEY FOR PLAINTIFF
VIG TOWER
1225 PONCE DE LEON AVE.
SUITE 1406
SAN JUAN, PUERTO RICO 00907
☎787-725-1012  📄787-725-1082
✉ lmartinez@lmlawpr.com

*s/ERNESTO J. RODRIGUEZ-LAVERGNE*
ERNESTO J. RODRIGUEZ LAVERGNE
U.S.D.C.-PR NO. 219207
**LAW OFFICES OF IVAN M FERNANDEZ**
ATTORNEY FOR DEFENDANT
P.O. BOX 1923886
SAN JUAN, PUERTO RICO 00919-2386
☎787-753-1215  📄787-759-9313
✉ rodriguez@lawofimf.com